# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EGG WORKS, INC., *et al.*,

    Plaintiffs,

v.

EGG WORLD, LLC., *et al.*,

    Defendants.

Case No. 2:10-cv-01013-LDG (GWF)

**ORDER**

    The Magistrate Judge has recommended (#98) that defendant Egg World, LLC's Answer be stricken and that its default be entered because Egg World (a) failed to comply with the court orders to retain and designate new counsel, (b) failed to show cause why it should not be sanctioned for its failure to designate new counsel, and (c) failed to appear at a hearing on the Show Cause order.  Although the Magistrate Judge expressly notified Egg World that it must file objections to the recommendation with the Clerk of the Court within fourteen days, Egg World has not filed a timely objection.  Accordingly,

    THE COURT **ORDERS** that Defendant Egg World, LLC's Answer (#77) is STRICKEN;

1  THE COURT FURTHER **ORDERS** that the Clerk of the Court shall enter Egg World,
2  LLC.'s Default.

4  DATED this 29 day of July, 2011.

_____
Lloyd D. George
United States District Judge

2