MICHAEL J. McCUE (Nevada Bar No. 6055)
MMcCue@LRLaw.com
JONATHAN W. FOUNTAIN (Nevada Bar No. 10351)
JFountain@LRLaw.com
NIKKYA G. WILLIAMS (Nevada Bar No. 11484)
NWilliams@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Tel: (702) 949-8200
Fax: (702) 949-8398

Attorneys for Plaintiffs Egg Works, Inc.,
Egg Works 2, LLC, and Bradley J. Burdsall

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EGG WORKS, INC., a Nevada corporation, EGG WORKS 2, LLC, a Nevada limited liability company, and BRADLEY J. BURDSALL,<br><br>Plaintiffs,<br><br>vs.<br><br>EGG WORLD LLC, a Nevada corporation, GABRIJEL KRSTANOVIC, an individual, and DEJAN DEBELJAK, an individual,<br><br>Defendants. | Case No. 2:10-cv-1013-LDG-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs EGG WORKS, INC., EGG WORKS 2, LLC, and BRADLEY J. BURDSALL (together "Plaintiffs") on the one hand, and Defendants EGG WORLD LLC, GABRIEL KRSTANOVIC, and DEJAN DEBELJAK (together the "Defendants"), on the other hand, hereby agree and stipulate to dismiss this action in its entirety, with respect to all claims, counterclaims, cross-claims, and/or third party claims, and without attorneys' fees or costs awarded to any party.

**IT IS SO AGREED AND STIPULATED:**

By: _____

Michael J. McCue
Jonathan W. Fountain
Nikkya G. Williams
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

On behalf of Plaintiffs Egg Works, Inc., Egg Works 2, LLC, and Bradley J. Burdsall

By: _____

Dejan Debeljak
EGG WORLD LLC
8924 Echo Ridge Drive
Las Vegas, NV 89117

Its: Managing Member

By: _____

Dejan Debeljak
8924 Echo Ridge Drive
Las Vegas, NV 89117
On behalf of himself, individually

By: _____

Gabriel Krstanovic
25 Chateau Whistler Court
Las Vegas, NV 89148
On behalf of himself, individually

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 7 Sept 2011

-2-